IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERALD LAFFAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>SANTANDER BANK, N.A., AMERICAN MODERN INSURANCE GROUP, INC., and ATLAS INSURANCE AGENCY, INC.,<br><br>    Defendants. | CIVIL ACTION<br>NO. 13-4040 |

## ORDER

**AND NOW**, this 11th day of June, 2014, after review of Defendant, Santander Bank's Motion to Dismiss Plaintiff's Class Action Complaint and Memorandum of Law in Support (Docket No. 37), Plaintiff's Response thereto, and Defendant's Reply Brief, it is hereby **ORDERED** that Defendant's Motion is DENIED. Defendant shall file an Answer to Plaintiff's Complaint within twenty (20) days.

                BY THE COURT:

                */s/ Jeffrey L. Schmehl*
                **Jeffrey L. Schmehl, J.**