UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERARD LAFFAN, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>vs.<br><br>SANTANDER BANK, N.A., et al.<br><br>                              Defendants. | Civil Action No. 5:13-CV-04040-JLS |

## JOINT STATUS REPORT AND NOTICE OF SETTLEMENT AND PROPOSED ORDER

Plaintiff Gerard Laffan, and Defendants Santander Bank, N.A., American Modern Insurance Group, Inc. ("AMIG"), and Atlas Insurance Agency, Inc. ("Atlas") (collectively, the "Parties"), hereby report to the Court regarding the outcome of the April 24, 2015 mediation:

1. After a full day mediation session with Jonathan Marks of MarksADR, LLC in Washington, D.C., the Parties agreed to the terms of a settlement in principle, and are currently working to prepare a comprehensive settlement agreement and related settlement documents.

2. The Parties intend to file a motion for preliminary approval of the settlement on or before June 10, 2015.

3. In light of the settlement, the Parties respectfully request that the Court continue the stay pending approval of the settlement by the Court.

| | |
|---|---|
| **KESSLER TOPAZ**<br>  **MELTZER & CHECK, LLP** | **BAKER & HOSTETLER LLP** |

*s/ Peter A. Muhic*                                           
Peter A. Muhic (PA 73501)
Tyler S. Graden (PA 205844)
Samantha E. Jones (PA 311829)
280 King of Prussia Road
Radnor, PA  19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
Email: pmuhic@ktmc.com
Email: tgraden@ktmc.com
Email: sjones@ktmc.com

**NIX PATTERSON & ROACH, LLP**
Christopher Johnson
3600 North Capital of Texas Highway
Building B, Suite 350
Austin, TX  78746
Tel: (512) 328-5333
Fax: (512) 328-5335
Email: cjohnson@npraustin.com

*Attorneys for Plaintiff and*
*The Proposed Class*

**BALLARD SPAHR LLP**

*s/ Sarah T. Reise (with consent)*               
Christopher J. Willis
Sarah T. Reise
Stephanie H. Jackman
999 Peachtree Street, Suite 1000
Atlanta, GA  30309
Email: willisc@ballardspahr.com
Email: reises@ballardspahr.com
Email: jackmans@ballardspahr.com

**BALLARD SPAHR LLP**
Joel E. Tasca
1735 Market Street, 51st Floor
Philadelphia, PA  19103
Email: tasca@ballardspahr.com

*Attorneys for Santander Bank, N.A.*

*s/ Mark A. Johnson (with consent)*               
Rodger L. Eckelberry
Joseph E. Ezzie
Mark A. Johnson
Robert J. Tucker
65 East State Street, Suite 2100
Columbus, OH  43215
Email: reckelberry@bakerlaw.com
Email: jezzie@bakerlaw.com
Email: mjohnson@bakerlaw.com
Email: rtucker@bakerlaw.com

**STEVENS & LEE**
Daniel B. Huyett
111 N. Sixth Street
P.O. Box 679
Reading, PA  19603-0679
Email: dbh@stevenslee.com

*Attorneys for Defendants American Modern*
*Insurance Group, Inc. and Atlas Insurance*
*Agency, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2015, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court, is available for viewing and downloading from the ECF system, and will be served by operation of the Court's electronic filing system (CM/ECF) upon all counsel of record.

*s/ Peter A. Muhic*
Peter A. Muhic (PA 73501)