## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERARD LAFFAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SANTANDER BANK, N.A., et al.<br><br>Defendants. | Civil Action No. 5:13-CV-04040-JLS |

### [PROPOSED] ORDER

Upon review and consideration of the Parties' Joint Status Report and Notice of Settlement, it is hereby **ORDERED** that the case is **STAYED** pending approval of the Settlement.

The Parties shall file a motion for preliminary approval of the settlement on or before June 10, 2015 or file a status report at the time explaining the need for any additional time to move for preliminary approval.

**IT IS SO ORDERED.**

BY THE COURT:

DATE: 5·1·15

Jeffrey L. Schmehl, J.

FILED
MAY -5
MICHAEL E. KU[...]
By [...]

5-5-15 e-mailed