IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERARD LAFFAN, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 5:13-cv-04040-JLS |
| SANTANDER BANK, N.A., et al., | : |
| Defendants. | : |

## JOINT STATUS REPORT

Pursuant to the Court's May 5, 2015 Order staying this Action, Plaintiff Gerard Laffan, and Defendants Santander Bank, N.A., American Modern Insurance Group, Inc. ("AMIG"), and Atlas Insurance Agency, Inc. ("Atlas") (collectively, the "Parties"), hereby report to the Court as follows:

1. As previously reported to the Court, the Parties reached a settlement in principle after a full day of mediation on April 24, 2015.

2. The Parties have been diligently working to prepare a comprehensive settlement agreement and all related settlement documents, including class notices and proposed orders.

3. While the Parties originally planned to file a motion for preliminary approval of the settlement on or before June 10, 2015, the parties need additional time to finalize the settlement agreement and exhibits.

4. Accordingly, the Parties intend to file a motion for preliminary approval on or before June 22, 2015.

5. In light of the above, the Parties request that the Court continue the stay pending approval of the settlement by the Court.

Dated:  June 10, 2014                                          Respectfully submitted,

DMEAST #21984422 v1

| | |
|---|---|
| **KESSLER TOPAZ**<br>  **MELTZER & CHECK, LLP** | **BAKER & HOSTETLER LLP** |

| | |
|---|---|
| *s/ Tyler S. Graden* (with consent) | *s/ Robert J. Tucker* (with consent) |
| Peter A. Muhic (PA 73501) | Rodger L. Eckelberry |
| Tyler S. Graden (PA 205844) | Joseph E. Ezzie |
| Samantha E. Jones (PA 311829) | Mark A. Johnson |
| 280 King of Prussia Road | Robert J. Tucker |
| Radnor, PA  19087 | 65 East State Street, Suite 2100 |
| Telephone: (610) 667-7706 | Columbus, OH  43215 |
| Facsimile: (610) 667-7056 | Email: reckelberry@bakerlaw.com |
| Email: pmuhic@ktmc.com | Email: jezzie@bakerlaw.com |
| Email: tgraden@ktmc.com | Email: mjohnson@bakerlaw.com |
| Email: sjones@ktmc.com | Email: rtucker@bakerlaw.com |

| | |
|---|---|
| **NIX PATTERSON & ROACH, LLP** | **STEVENS & LEE** |
| Christopher Johnson | Daniel B. Huyett |
| 3600 North Capital of Texas Highway | 111 N. Sixth Street |
| Building B, Suite 350 | P.O. Box 679 |
| Austin, TX  78746 | Reading, PA  19603-0679 |
| Tel: (512) 328-5333 | Email: dbh@stevenslee.com |
| Fax: (512) 328-5335 | |
| Email: cjohnson@npraustin.com | *Attorneys for Defendants American Modern Insurance Group, Inc. and Atlas Insurance Agency, Inc.* |
| *Attorneys for Plaintiff and The Proposed Class* | |

**BALLARD SPAHR LLP**

*s/ Christopher J. Willis*
Christopher J. Willis
Sarah T. Reise
Stephanie H. Jackman
999 Peachtree Street, Suite 1000
Atlanta, GA  30309
Email: willisc@ballardspahr.com
Email: reises@ballardspahr.com
Email: jackmans@ballardspahr.com

**BALLARD SPAHR LLP**
Joel E. Tasca
1735 Market Street, 51st Floor
Philadelphia, PA  19103
Email: tasca@ballardspahr.com

*Attorneys for Santander Bank, N.A.*

DMEAST #21984422 v1                          2

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 10, 2015, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court, is available for viewing and downloading from the ECF system, and will be served by operation of the Court's electronic filing system (CM/ECF) upon all counsel of record.

                                                  _s/ Christopher J. Willis_____
                                                  Christopher J. Willis