UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERARD LAFFAN, individually and on behalf of all others similarly situated,<br><br>                     Plaintiff,<br><br>vs.<br><br>SANTANDER BANK, N.A., et al.<br><br>                     Defendants. | Civil Action No. 5:13-CV-04040-JLS |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFYING CLASS FOR SETTLEMENT PURPOSES, DIRECTING THE ISSUANCE OF CLASS NOTICE, AND SCHEDULING FINAL APPROVAL HEARING**

Plaintiff Gerard Laffan, on behalf of himself and all others similarly situated, ("Plaintiff"), respectfully submits his Unopposed Motion for Preliminary Approval of Class Action Settlement, Preliminary Certification of Settlement Class, Appointment of Class Counsel, Approval of Proposed Class Notices, and Scheduling of a Final Approval Hearing. In support thereof, Named Plaintiff has contemporaneously filed a Memorandum of Law and the Declaration of Peter A. Muhic, with exhibits thereto. Defendants Santander Bank, N.A., American Modern Insurance Group, Inc., and Atlas Insurance Agency, Inc. consent, for settlement purposes only, to Plaintiffs' requested relief contained therein.

For the reasons set forth in the attached memorandum of law, Plaintiff respectfully requests that the Court grant his Unopposed Motion, and enter the accompanying [Proposed] Order Granting Preliminary Approval of Class Action Settlement.

Dated:  July 29, 2015						Respectfully submitted,

                   **KESSLER TOPAZ**
                   **MELTZER & CHECK, LLP**


                   *s/ Peter A. Muhic*
                   Peter A. Muhic (PA 73501)
                   Tyler S. Graden (PA 205844)
                   Samantha E. Jones (PA 311829)
                   280 King of Prussia Road
                   Radnor, PA  19087
                   Telephone: (610) 667-7706
                   Facsimile: (610) 667-7056
                   Email: pmuhic@ktmc.com
                   Email: tgraden@ktmc.com
                   Email: sjones@ktmc.com

                   **NIX PATTERSON & ROACH, LLP**
                   Christopher Johnson
                   3600 North Capital of Texas Highway
                   Building B, Suite 350
                   Austin, TX  78746
                   Telephone: (512) 328-5333
                   Facsimile: (512) 328-5335
                   Email: cjohnson@npraustin.com

                   ***Attorneys for Plaintiff and***
                   ***The Proposed Class***

## CERTIFICATE OF UNCONTESTED MOTION

Pursuant to Local Rule 7.1(b), the undersigned hereby certifies that the foregoing Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, Preliminary Certification of Settlement Class, Appointment of Class Counsel, Approval of Proposed Class Notices, and Scheduling of a Final Approval Hearing is uncontested by Defendants Santander Bank, N.A., American Modern Insurance Group, Inc., and Atlas Insurance Agency, Inc.

Dated:  July 29, 2015                                                         *s/ Peter A. Muhic*
                                                                                            Peter A. Muhic (PA 73501)

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of July 2015, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

*s/ Peter A. Muhic*
Peter A. Muhic (PA 73501)