UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERARD LAFFAN, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>vs.<br><br>SANTANDER BANK, N.A., et al.<br><br>         Defendants. | Civil Action No.  5:13-CV-04040-JLS |

**ORDER GRANTING PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND PLAINTIFF'S SERVICE AWARD**

On August 12, 2015, this Court entered an order granting preliminary approval of the proposed class action settlement set forth in the Settlement Agreement ("Settlement Agreement") between Plaintiff[1], on behalf of himself and the Settlement Class, and Santander Bank, N.A. ("Santander"), American Modern Insurance Group, Inc., and Atlas Insurance Agency, Inc. (the "AMIG Defendants," and together with Santander, "Defendants").  The Court also provisionally certified the Settlement Class for settlement purposes, set forth the procedure for giving Class Notice to the members of the Settlement Class, and set a Final Approval Hearing to take place on December 15, 2015.  Subsequently, on December 15, 2015, the Court held a duly noticed Final Approval Hearing to consider whether and in what amount to award counsel for the Settlement Class as attorneys' fees and expenses and whether and in what amount to award a Service Award to Plaintiff.

---

[1] Unless otherwise defined, capitalized terms in this Order have the definitions set forth in the Settlement Agreement.

On the application of Plaintiff and Class Counsel for an award of attorneys' fees and reimbursement of expenses incurred in the Action and for Plaintiff's Service Award, having considered all papers filed and proceedings conducted herein, having found the Settlement of this Action to be fair, reasonable, and adequate, and otherwise being fully informed of the premises and good cause appearing therefore,

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. All of the capitalized terms used herein shall have the same meaning as set forth in the Settlement Agreement dated as of July 24, 2015 and filed with the Court.

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Settlement Class.

3. Class Counsel are hereby awarded attorneys' fees of $500,000.00 and reimbursement of expenses in the sum of $34,588.04 (the "Attorneys' Fees and Expenses"), to be paid from the Settlement Fund. The Court finds that the amount of fees awarded is appropriate, fair, and reasonable given the substantial risks of non-recovery, the time and effort involved, and the result obtained for the Settlement Class.

4. Named Plaintiff Gerard Laffan is awarded $7,500.00 as a Service Award to be paid from the Settlement Fund in recognition of his contributions to this Action.

ORDERED in Reading Pennsylvania, this 15th day of December, 2015.

/s/ Jeffrey L. Schmehl
HON. JEFFREY L. SCHMEHL
UNITED STATES DISTRICT JUDGE